UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re Subpoena for Documents from

eNOM, INC.

Case No. MC18-0062RSL

This matter comes before the Court on an unnamed domain owner's motion to quash a subpoena issued to eNOM, Inc., in a civil case pending in the Western District of Virginia. The party seeking the discovery has opposed the motion to quash. In light of the contested nature of this proceeding, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation.

Dated this 27th day of June, 2018.

Robert S. Lasnik
United States District Judge

ORDER